IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Robert Selest Drayton, #280585, ) | C/A No. 2:12-cv-1498 DCN BHH |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| Ann Hallman, Inmate Grievance Administrator ) | |
| Chief; Angela Hardin, Inmate Grievance ) | |
| Administrator; Ms. Culbreath, Inmate Grievance ) | |
| Coordinator McCormick Correctional; Ms. Jenkins, ) | |
| Inmate Grievance Coordinator Lieber Correctional; ) | |
| Ms. Gray, Mental Health Counselor McCormick ) | |
| Correctional; Mr. Williams, Mental Health ) | |
| Counselor McCormick Correctional; Nurse Garcia, ) | |
| McCormick Correctional Inst.; Nurse Andrews, ) | |
| Health Care Administrator McCormick; Ms. ) | |
| Franklin, Mailroom McCormiick Correctional; ) | |
| Ms. Glidewell, Disciplinary Hearing Officer ) | |
| McCormick; and Cpl. Young, SMU Carrier ) | |
| McCormick, ) | |
| ) | |
| Defendants. ) | |

The above referenced case is before this court upon the magistrate judge's recommendation that plaintiff's motions for preliminary injunction/temporary restraining order (Doc. Nos. 16 and 25) be denied.

This court is charged with conducting a <u>de novo</u> review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report. 28 U.S.C. § 636(b)(1). However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge. <u>Thomas v Arn</u>, 474 U.S. 140 (1985). Additionally, any party who fails to file timely, written objections

to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level. United States v. Schronce, 727 F.2d 91 (4th Cir. 1984), cert. denied, 467 U.S. 1208 (1984).[1]   No objections have been filed.

A de novo review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.  However, since plaintiff has been released from SCDC as of February 1, 2013, the magistrate judge's Report and Recommendation is not adopted, and plaintiff's motions for preliminary injunction/temporary restraining order (Doc. Nos. 16 and 25) are **DENIED AS MOOT**.

**AND IT IS SO ORDERED.**

David C. Norton
United States District Judge

February 11, 2013
Charleston, South Carolina

## *NOTICE OF RIGHT TO APPEAL*

The parties are hereby notified that any right to appeal this Order is governed by Rules 3 and 4 of the Federal Rules of Appellate Procedure

---

[1] In Wright v. Collins, 766 F.2d 841 (4th Cir. 1985), the court held "that a pro se litigant must receive fair notification of the consequences of failure to object to a magistrate judge's report before such a procedural default will result in waiver of the right to appeal.  The notice must be 'sufficiently understandable to one in appellant's circumstances fairly to appraise him of what is required.'" Id. at 846.  Plaintiff was advised in a clear manner that his objections had to be filed within ten (10) days, and he received notice of the consequences at the appellate level of his failure to object to the magistrate judge's report.